Arrest on Out-of-District Offense

# *UNITED STATES DISTRICT COURT*

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 8601

The person charged as Raul Acosta Ramirez now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Eastern District of California with Deported Alien Found in the United States, in violation of Title 8, United States Code, Section 1326 (a) and (b) (2).

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 7-1-08.

[signature]

Christopher A. Salgado
(Name)
Deportation Officer

Reviewed and Approved:

Dated: 7-1-08

[signature]

Assistant United States Attorney

FILED
JUL 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

COPY

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISSUED

**USA,**

v.

**RAUL ACOSTA-RAMIREZ ,**

**WARRANT FOR ARREST**

Case Number: **1:08-CR-00190-AWI**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Raul Acosta-Ramirez ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Violation Petition ☐ Other ______

charging him or her with (brief description of offense)

**Deported Alien Found in the United States (Felony)**

in violation of Title **8** United States Code, Section(s) **1326(a)**

S. Arellano
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

**6/20/08** **Fresno**
Date and Location

Bail fixed at **$NO BAIL** by **Magistrate Judge Gary S. Austin**

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Calipatria State Prison

7-1-08
Date Received

Christopher A. Salgado Deportation Officer
Name and Title of Arresting Officer

7-1-08
Date of Arrest

[signature]
Signature of Arresting Officer

McGREGOR W. SCOTT
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAUL ACOSTA-RAMIREZ<br>aka Raul Acosta<br>aka Raul Ramirez-Acosta,<br>Defendant. | CR. NO. 1:08 CR 00190 AWI<br>VIOLATION:<br>8 U.S.C. § 1326(a) and (b)(2) - Deported Alien Found in the United States (Felony) |

INDICTMENT

The Grand Jury charges: T H A T

RAUL ACOSTA-RAMIREZ
aka Raul Acosta
aka Raul Ramirez-Acosta,

defendant herein, an alien, on or about March 19, 2004, was excluded, deported, or removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

> Possession of methamphetamine for sale in violation of California Health and Safety Code § 11378, on or about July 17, 1998, in the Superior Court of California, County of Kern, and the defendant was sentenced to two years imprisonment (Case No. 74089);

and thereafter on or about July 25, 2007, the defendant was found within the State and Eastern District of California, with neither the United States Attorney General or the Secretary of the Department of Homeland Security having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: Sheila K. Oberto
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office