PLEASE RECEIPT [illegible]

FILED

08 JUL 25 PM 2:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [illegible] DEPUTY

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

July 15, 2008

Clerk, U.S. District Court
Eastern District of California - Fresno
2500 Tulare Street
Fresno, CA 93721

Re: 08mj8601-PCL, USA v Ramirez

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| x | Other Notice of Attorney Appearance | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/J. Hinkle
Deputy Clerk

RECEIVED

JUL 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY ______
DEPUTY CLERK